UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNES FAMILY COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH DAVID GRANADE, <br><br> Defendant. | Case No. 18-cv-06508-HSG <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. Nos. 20, 16 |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Plaintiffs' Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. Because Plaintiffs only moved for default judgment on three of their seven claims, the case remains open on the remaining claims. Plaintiffs are directed to submit a joint statement by June 7, 2019, indicating whether they intend to dismiss the remaining claims in light of this order. Plaintiffs need not submit a joint statement if they voluntarily dismiss the remaining claims before June 7, 2019.

**IT IS SO ORDERED.**

Dated: May 30, 2019

HAYWOOD S. GILLIAM, JR.
United States District Judge